UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Case No. 15-00930-8D3

JOHN PETANCESKI
JOVANKA PETANCESKI,

       Debtors.
_____/

## OBJECTION TO CHAPTER 13 PLAN
## BY ALLY FINANCIAL

Ally Financial, by and through its undersigned attorney, hereby files its Objection to the Chapter 13 Plan dated January 30, 2015, and would show:

1. The claim of Ally Financial is secured by a 2010 Chevrolet Camaro V8, VIN 2G1FK1EJ9A9179442, which is valued at $22,750.00 retail, according to the NADA guide in effect on January 30, 2015, the date of filing. The amount due on the secured claim is $14,649.85.

2. **The Plan fails to provide adequate protection for the interest of Creditor, because it values Creditor's secured claim lower than the replacement value of the collateral.**

3. **The Plan fails to pay the secured claim in full, because it does not pay the appropriate rate of interest on the secured claim. 11 U.S.C. 1325(a)(5) requires that the present value of the payments made under the Plan be at least equal to the allowed amount of the secured claim.**

4. Ally Financial will withdraw this objection if the plan is modified to either pay the claim on its original terms, or pay the claim in full with interest at the rate of 5.25% per year.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this ___5th___ day of February, 2015, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: John Petanceski, 12011 Tuscany Bay Drive, #102, Tampa FL 33626, Jovanka Petanceski, 12011 Tuscany Bay Drive, #102, Tampa FL 33626, Debtors, Thomas A. Nanna, 8910 N. Dale Mabry Hwy. Ste. 1, Tampa, FL 33614, Attorney for Debtors, Kelly Remick, Chapter 13 Trustee, Post Office Box 6099, Sun City, FL 33571, Office of the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _____
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

1621.68441
Y8702 0205