UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

JOHN PETANCESKI
JOVANKA PETANCESKI,

Case No. 8:15-00930-bk-CED
Chapter 13

Debtors.
_____/

**OBJECTION BY
ALLY FINANCIAL TO DEBTOR'S MOTION TO DETERMINE SECURED STATUS**

Ally Financial, by and through its undersigned attorney, hereby files its Objection to Debtor's Motion to Determine Secured Status, and would show:

1. The claim of Ally Financial is secured by a 2010 Chevrolet Camaro V8, VIN 2G1FK1EJ9A9179442, which is valued at $22,750.00 retail, according to the NADA guide in effect on January 30, 2015, the date of filing. The value of the secured claim is $22,750.00 for the purposes of this proceeding.

2. It is the contention of Ally Financial that the value of the secured claim as proposed by the Debtors is less than the replacement value of the collateral.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this 5th day of May, 2015, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: John Petanceski, 12011 Tuscany Bay Drive, #102, Tampa FL 33626, Jovanka Petanceski, 12011 Tuscany Bay Drive, #102, Tampa FL 33626, Debtors, Thomas A. Nanna, 8910 N. Dale Mabry Hwy. Ste. 1, Tampa, FL 33614, Attorney for Debtors, Kelly Remick, Chapter 13 Trustee, Post office Box 6099, Sun City, FL 33571, Office of the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: /s/ Andrew Houchins

Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn: Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146

1621.68441
Y8761 0514