UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

JOHN PETANCESKI
JOVANKA PETANCESKI,

Case No. 8:15-00930-bk-CED
Chapter 13

Debtors.
_____/

## WITNESS AND EXHIBIT LIST FOR CREDITOR ALLY FINANCIAL

ALLY FINANCIAL ("Creditor"), by and through its undersigned attorney, pursuant to the Order Setting Final Evidentiary Hearing (Doc. No. 31) entered on August 14, 2015, hereby files this Witness and Exhibit List for the Final Evidentiary Hearing on Debtors' Motion to Value Creditor's Claim set for October 8, 2015.

1. WITNESS LIST

    A.  Gary Woodring, a Representative of Property Damage Appraisers.

    B.  Any and all Witnesses listed or called by Debtors.


2. EXHIBIT LIST

    A.  Retail Installment Contract

    B.  NADA Guide Applicable Pages

    C.  Property Damage Appraisal Report

    D.  All exhibits listed or produced by Debtors

Creditor reserves the right to supplement this Witness and Exhibit List.

Respectfully submitted this ____ day of September 2015.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served on this ____ day of September, 2015, by electronic notice if registered in the Electronic Case Filing system, otherwise by first class postage prepaid U.S. Mail to: John Petanceski, 12011 Tuscany Bay Drive, #102, Tampa FL 33626, Jovanka Petanceski, 12011 Tuscany Bay Drive, #102, Tampa FL 33626, Debtors, Thomas A. Nanna, 8910 N. Dale Mabry Hwy. Ste. 1, Tampa, FL 33614, Attorney for Debtors, Christopher A. Ewbank, Esquire, 106 S. Tampania Ave., Suite 250, Tampa, FL 33609, Special Counsel for the Debtors, Kelly Remick, Chapter 13 Trustee, Post office Box 6099, Sun City, FL 33571, Office of the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, FL 33602.

RUSH, MARSHALL, JONES and KELLY, P.A.
Attorneys for Creditor

By: _____
Andrew W. Houchins, for the firm
Florida Bar No. 59017
Telephone 407-425-5500
Facsimile 407-423-0554
email: ahouchins@rushmarshall.com

SEND ALL NOTICES TO:

RUSH, MARSHALL, JONES and KELLY, P.A.
Attn:Andrew W. Houchins
Post Office Box 3146
Orlando, FL 32802-3146