

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/08/2015 10:30 AM

COURTROOM 9A

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:15-bk-00930-CED | 13 | 01/30/2015 |

Chapter 13

**DEBTOR:** John Petanceski

Jovanka Petanceski

**DEBTOR ATTY:** Christopher Ewbank

**TRUSTEE:** Kelly Remick

**HEARING:**

FEH on Motion to Determine Secured Status of Ally Financial  . Total   Secured   Amount Claimed: $ 14,635.64 . Filed by Thomas A Nanna on behalf of Debtor John Petanceski, Joint Debtor Jovanka Petanceski (Nanna, Thomas) Doc #24
- Objection to Debtor&#039;s Motion to Determine Secured Status Filed by Andrew W Houchins on behalf of Creditor Ally Financial;   Doc #26

**APPEARANCES:**: Chris Ewbank, Nicole Noel

**WITNESSES:** Gary Woodring, Robert Bonnell

**EVIDENCE:**

**RULING:**
FEH on Motion to Determine Secured Status of Ally Financial  . Total   Secured   Amount Claimed: $ 14,635.64 . Filed by Thomas A Nanna on behalf of Debtor John Petanceski, Joint Debtor Jovanka Petanceski (Nanna, Thomas) Doc #24 -   Granted in part, valued at $19000   O/Ewbank

- Objection to Debtor's Motion to Determine Secured Status Filed by Andrew W Houchins on behalf of Creditor Ally Financial; Doc #26
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.