UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
AMENDED CHAPTER 13 PLAN

Debtor

Case No: 8:14-BK-930

JOHN PETANCESKI
JOVANKA PETANCESKI
_____/

**CHECK ONE:**

_X_ The Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any non-conforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in Additional Provisions, Paragraph 8(e) below. Any non-conforming provisions not set forth in paragraph 8(e) are deemed stricken.

1. **MONTHLY PLAN PAYMENTS:** Including Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under the plan:

A. $ 650.00 for months 1 through 8;
B. $ 307.00 for months 9 through 60 in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE: $4,100.00 TOTAL PAID $1,500.00**

**Balance Due $2,600.00**     **Payable Through Plan $250.00 Monthly**

3. **PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

Name of Creditor                                                                 Total Claim
NONE

4. **TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS:**

Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), pro rata with other secured creditors, subject to objection by the Debtor or Trustee.

(A) **Claims Secured by Real Property which Debtor intends to Retain/Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is

filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| NONE | | | |

  **(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:**
Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 3%) |
|---|---|---|
| NONE | | |

  **(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| NONE | | |

  **(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Name of Creditor | Collateral | Value | Pmt. | Sec. Balance | Interest @ ___% |
|---|---|---|---|---|---|
| ALLY | CHEVY | $14,635 | $276.00 | $14,635.34 | 5.25% |

  **(E) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows

| Name of Creditor | Collateral | Balance | Payment | Interest @ ___% |
|---|---|---|---|---|
| NONE | | | | |

  **(F) Claims secured by Personal Property/ Regular Payments and Arrearages if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| NONE | | | |

  **(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| NONE | |

  **(H) Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay

and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

**Name of Creditor**               **Property/Collateral**
NONE

    (I)  <u>Surrender of Collateral/Leased Property:</u> Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| GREENTREE | CUTHBERT COURT |
| PNC | CUTHBERT COURT |
| OLIVIA PARKINSON | CUTHBERT COURT |
| CALIBER HOME LOANS | GLAD ST |

6.  **LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject - Surrender | Estimated Arrears |
|---|---|---|---|
| NONE | | | |

7.  **GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $0.

8.  **ADDITIONAL PROVISIONS:**

(a)  Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b)  Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c)  Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) X_____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions: NONE

/S/    JOHN PETANCESKI    Dated: OCTOBER 22, 2015
Debtor    JOHN PETANCESKI

/S/    JOVANKA PETANCESKI    Dated: OCTOBER 22, 2015
Debtor    JOVANKA PETANCESKI

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                             Case No. 8:14-bk-930-CED
**JOHN PETANCESKI and**
**JOVANKA PETANCESKI**
   Debtor                                          Chapter 13
_____/

## CERTIFICATE OF SERVICE

Debtors, John and Jovanka Petanceski, by and through the undersigned attorney, hereby gives notice of service of the attached AMENDED CHAPTER 13 PLAN via U.S. Mail and/or electronically to and **all parties on the attached mailing matrix**; this 21st day of October, 2015.


                              /s/ *Thomas A. Nanna*
                              _____
                              **THOMAS A. NANNA, ESQ. - FLA BAR NO. 45543**
                              THOMAS A. NANNA, P.A.
                              8910 N. DALE MABRY HIGHWAY- SUITE 1
                              TAMPA, FL 33614
                                Phone (813) 935-8388     Fax (813) 935-3528

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-00930-CED<br>Middle District of Florida<br>Tampa<br>Wed Oct 21 11:26:53 EDT 2015 | Ally Financial<br>c/o Andrew W. Houchins, Esq.<br>P.O. Box 3146<br>Orlando, FL 32802-3146 | Green Tree Servicing LLC<br>Timothy D. Padgett PA<br>c/o Evan S Singer Esq<br>6267 Old Water Oak Road Ste 203<br>Tallahassee, FL 32312-3858 |
| PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | John Petanceski<br>12011 Tuscany Bay Dr.<br>no. 102<br>Tampa, FL 33626-1360 | Jovanka Petanceski<br>12011 Tuscany Bay Dr.<br>no. 102<br>Tampa, FL 33626-1360 |
| Ally<br>PO Box 78252<br>Phoenix AZ 85062-8252 | Ally Financial<br>200 Renaissance Ctr<br>Detroit MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Amexdsnb<br>9111 Duke Blvd<br>Mason OH 45040-8999 | Bank of America<br>PO Box 25118<br>Tampa FL 33622-5118 |
| Bk Of Amer<br>Po Box 17054<br>Wilmington DE 19850-7054 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Caliber Home Loans, In<br>Po Box 24610<br>Oklahoma City OK 73124-0610 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cap1/Berpl<br>90 Christiana Rd<br>New Castle DE 19720-3118 | Capital One<br>PO Box 650007<br>Dallas TX 75265-0007 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Cavalry<br>PO Box 27288<br>Tempe AZ 85285-7288 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe AZ 85285-7288 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chase<br>PO Box 78116<br>Phoenix AZ 85062-8116 | Chase Auto<br>Po Box 901003<br>Ft Worth TX 76101-2003 |
| Chase Card<br>Po Box 15298<br>Wilmington DE 19850-5298 | Chase/Circuitcity<br>Po Box 15298<br>Wilmington DE 19850-5298 | Credit Management Lp<br>4200 International Pkwy<br>Carrollton TX 75007-1912 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |

| | | |
|---|---|---|
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington DE 19850-5316 | Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville FL 32256-0596 | Emerge/Fnbo<br>Po Box 105374<br>Atlanta GA 30348-5374 |
| Eos Cca<br>Po Box 981025<br>Boston MA 02298-1025 | FIA<br>PO Box 1878<br>Southampton PA 18966-0108 | FORD MOTOR CREDIT COMPANY<br>c/o SOLOMON, VIGH, P.A.<br>P.O. BOX 3275<br>TAMPA, FL 33601-3275 |
| Financial Credit Svcs<br>628 Bypass Dr<br>Clearwater FL 33764-5024 | Flagstar Bank<br>5151 Corporate Dr<br>Troy MI 48098-2639 | Ford Cred<br>Po Box Box 542000<br>Omaha NE 68154-8000 |
| Ford Motor<br>PO Box 105704<br>Atlanta GA 30348-5704 | (c)GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 | (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 |
| Greentree<br>5450 N.W. Central #1000<br>Houston TX 77092-2016 | Greentree<br>7360 S. Kyrene Rd.<br>Tempe AZ 85283-4583 | Hsbc/Bsbuy<br>Po Box 9<br>Buffalo NY 14240-0009 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohls<br>PO Box 2983<br>Milwaukee WI 53201-2983 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-7096 |
| LOwes<br>PO Box 530914<br>Atlanta GA 30353-0914 | Lincoln Automotive Fin<br>12110 Emmet St<br>Omaha NE 68164-4263 | Lvnv Funding Llc<br>Po Box 10497<br>Greenville SC 29603-0497 |
| MEASE COUNTRYSIDE HOSP<br>PO BOX 404792<br>Atlanta GA 30384-4792 | Mcydsnb<br>9111 Duke Blvd<br>Mason OH 45040-8999 | Meade & Associates<br>737 Enterprise Dr<br>Westerville OH 43081-8841 |
| Mease Countryside Hospital<br>c/o Joseph Giambalvo, Esquire<br>1012 Drew Street<br>Clearwater, FL 33755-4521 | Medicredit, Inc<br>Po Box 411187<br>Saint Louis MO 63141-3187 | Midland<br>8875 Aero Dr<br>Ste. 200<br>San Diego CA 92123-2255 |
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego CA 92123-2255 | Northland<br>PO Box 390846<br>Minneapolis MN 55439-0846 | Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando FL 32826-2703 |

| | | |
|---|---|---|
| PNC BANK<br>PO BOX 856177<br>Louisville KY 40285-6177 | Pcb<br>3592 Corporate Drive  Suite 105<br>Columbus OH 43231-4978 | Pnc Bank, N.A.<br>1 Financial Pkwy<br>Kalamazoo MI 49009-8002 |
| SELECT PHYSICIANS ALLIANCE<br>attn 5310<br>po box 14000<br>Belfast ME 04915-4033 | Solomon, Ginsberg and Vigh<br>PO Box 3275<br>Tampa FL 33601-3275 | Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville FL 32216-8035 |
| Syncb/Lowes<br>Po Box 965005<br>Orlando FL 32896-5005 | Syncb/Old Navy<br>Po Box 965005<br>Orlando FL 32896-5005 | Syncb/Sams Club<br>Po Box 965005<br>Orlando FL 32896-5005 |
| United Consumer Finl S<br>865 Bassett Rd<br>Westlake OH 44145-1194 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls SD 57117-6241 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| baycare homecare<br>po box 741704<br>Atlanta GA 30374-1704 | best buy<br>po box 183195<br>Columbus OH 43218-3195 | caliber home loans<br>po box 24610<br>Oklahoma City OK 73124-0610 |
| city of reynoldsburg<br>7232 east main st<br>Reynoldsburg OH 43068-2080 | first national collection<br>po box 51660<br>Sparks NV 89435-1660 | linebarger<br>po box 56107<br>Jacksonville FL 32241-6107 |
| linebarger<br>po box 90128<br>Harrisburg PA 17109-0128 | mease<br>po box 22608<br>Tampa FL 33622-2608 | nationwide<br>po box 26314<br>Lehigh Valley PA 18002-6314 |
| olivia parkinson tax coll<br>po box 830<br>Newark OH 43058-0830 | pickerington heatin<br>12960 stonecreek dr<br>unit f<br>Lockbourne OH 43137 | radiology assoc of clearwate<br>po box 371863<br>Pittsburgh PA 15250-7863 |
| snap diagnostic<br>5210 capitol dr<br>Wheeling IL 60090-7901 | tampa ent and facial plastic<br>7433 monika manor<br>Tampa FL 33625-5814 | water dept<br>city of reynoldsburg<br>7232 east main st<br>Reynoldsburg OH 43068-2080 |
| United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Thomas A Nanna +<br>Thomas A Nanna PA<br>8910 N Dale Mabry Hwy<br>Suite 1<br>Tampa, FL 33614-1580 | Andrew W Houchins +<br>Rush Marshall Jones and Kelly<br>PO Box 3146<br>Orlando, FL 32802-3146 |

| | | |
|---|---|---|
| Christopher A Ewbank + <br> Christopher A. Ewbank, PLLC <br> 106 S. Tampania Ave., Suite 250 <br> Tampa, FL 33609-3256 | Evan S Singer + <br> Timothy D Padgett PA <br> 6267 Old Water Oak Road <br> Suite 203 <br> Tallahassee, FL 32312-3858 | Kelly Remick + <br> Chapter 13 Standing Trustee <br> Post Office Box 6099 <br> Sun City, FL 33571-6099 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer <br> Po Box 982235 <br> El Paso TX 79998 | Cap One <br> Po Box 85520 <br> Richmond VA 23285 | Discover <br> PO Box 15251 <br> Wilmington DE 19886 |
| Green Tree Servicing, LLC <br> P.O. Box 6154 <br> Rapid City, SD 57709-6154 | Us Bank Hogan Loc <br> Po Box 5227 <br> Cincinnati OH 45201 | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing L
332 Minnesota St Ste 610
Saint Paul MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Ally Financial <br> c/o Andrew W. Houchins, Esq. <br> Post Office Box 3146 <br> Orlando, FL 32802-3146 | (d)PNC BANK N.A. <br> PO BOX 94982 <br> CLEVELAND, OH 44101-4982 | End of Label Matrix <br> Mailable recipients    92 <br> Bypassed recipients    2 <br> Total                 94 |